

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JAN 0 4 2022

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Cause No: 4:21-CR-167 |
| | § | Judge Kernodle |
| JOHN CARL FERRELL, M.D. (1) | § | |

## INFORMATION

The United States Attorney Charges:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute and Dispense and Distributing
and Dispensing of Controlled
Substances)

From in or about November 2011 and continuing up to and including June

2018, in the Eastern District of Texas and elsewhere, the defendant **John Carl**

**Ferrell** did knowingly and intentionally combine, conspire, and agree with others

known and unknown to the United States Attorney to possess with intent to distribute

and dispense controlled substances while acting and intending to act outside the usual

course of professional practice and without a legitimate medical purpose; including

the distribution and dispensing of the following controlled substances:

substances containing a detectable amount of Fentanyl;
substances containing a detectable amount of Morphine;
substances containing a detectable amount of Oxycodone;
substances containing a detectable amount of Oxymorphone;
substances containing a detectable amount of Methadone;
substances containing a detectable amount of Hydrocodone;

substances containing a detectable amount of Hydromorphone;
substances containing a detectable amount of mixed Amphetamine Salts (brand name Adderall);

All in violation of 21 U.S.C. §§ 841, 842 and 846.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

\_\_\_/s/_____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 19349300
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to

defense counsel on January 4, 2022.

\_\_\_/s/_____
HEATHER RATTAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA,          §
                                   §
v.                                 §          Cause No: 4:21-CR-167
                                   §          Judge Kernodle
JOHN CARL FERRELL, M.D. (1)        §

## **NOTICE OF PENALTY**

### **Count One**

Violation:          21 U.S.C. § 846

Penalty:            Not less than five years and not more than forty years of
                    imprisonment, a fine not to exceed $5 million, or both;
                    supervised release of at least 4 years.

Special Assessment: $ 100.00

Information - Page 3