IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21CR167 |
| JOHN CARL FERRELL | § § | Judge Kernodle |

## SENTENCING MEMORANDUM

The United States files this sentencing memorandum in support of the sentencing of John Carl Ferrell.

### Procedural History

Ferrell pleaded guilty on January 4, 2022, pursuant to a plea agreement to Count One of an Information charging Conspiracy to Possession with the Intent to Distribute and Dispense Controlled Substances in violation of 21 U.S.C. § 846. Dkt. 74, 75 and 78.

The statutory punishment for a violation of 21 U.S.C. § 846 in this case is imprisonment for not less than 5 years and not more than 40 years imprisonment, a fine not to exceed $5 million, or both; supervised release of at least 4 years with a special assessment of $100.00. This Court deferred acceptance of the plea agreement until after a review of the PSR. Dkt. 78.

### Sentence

The United States urges the Court to accept the plea agreement and sentence the defendant pursuant to the binding plea agreement the defendant entered. The sentence

would be 96 months imprisonment, 5 years supervised release, no fine and a $100 special assessment under the binding agreement.

                                                   Respectfully submitted,

                                                   BRIT FEATHERSTON
                                                   UNITED STATES ATTORNEY

                                                   __/s/_____
                                                   HEATHER RATTAN
                                                   Assistant United States Attorney
                                                   Texas Bar No. 16581050
                                                   101 East Park, Suite 500
                                                   Plano, Texas 75074
                                                   Phone 972/509-1201
                                                   Facsimile 972/509-1209